| | |
|---|---|
| ALMADANI LAW<br>Yasin M. Almadani, SBN 242798<br>4695 MacArthur Court, Suite 1100<br>Newport Beach, CA 92660<br>Ph: 213-335-3935<br>Fax: 213-296-6278<br>yma@lawalm.com<br><br>AI LAW, PLC<br>Ahmed Ibrahim, SBN 238739<br>4695 MacArthur Court, Suite 1100<br>Newport Beach, CA 92660<br>Ph.:  949-260-1240<br>Fax:  949-260-1280<br>aibrahim@ailawfirm.com<br><br>Attorneys for Plaintiffs, Individually and On Behalf of All Others Similarly Situated | EVERSHEDS SUTHERLAND (US) LLP<br>Ian S. Shelton (SBN 264863)<br>ianshelton@eversheds-sutherland.com<br>500 Capitol Mall, Suite 1750<br>Sacramento, CA 95814<br>Telephone:   (916) 844-2965<br>Facsimile:    (916) 241-0501<br><br>EVERSHEDS SUTHERLAND (US) LLP<br>Ronald W. Zdrojeski (admitted *PHV*)<br>ronzdrojeski@eversheds-sutherland.com<br>1114 6th Avenue, 40th Floor<br>New York, NY 10036<br>Telephone:   (212) 389-5000<br>Facsimile:    (212) 389-5099<br><br>Attorneys for Defendants |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| FARID KHAN, an individual, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BOOHOO.COM USA, INC., a Delaware corporation, BOOHOO.COM UK LIMITED, a United Kingdom private limited company, BOOHOO GROUP PLC, a Jersey public limited company, and DOES 1-10, inclusive,<br><br>    Defendants. | **CASE NO. 2:20-cv-03332 GW(JEMx)**<br><br>*Consolidated for Pre-Trial Purposes with:*<br><br>*Case No. 2:20-cv-04658 GW(JEMx)*<br>*Case No. 2:20-cv-04659 GW(JEMx)*<br><br>**JOINT STATUS REPORT REGARDING DISCOVERY**<br><br>HON. GEORGE H. WU<br>United States District Judge<br>Courtroom 9D<br><br>Action Filed:     April 9, 2020<br><br>Trial Date:        TBD |

Plaintiffs Farid Khan, Haya Hilton, and Olivia Lee (collectively, "Plaintiffs"), on the one hand, and Defendants Boohoo.com USA Inc., Boohoo.com UK Limited, Boohoo Group PLC ("Boohoo Group"), PrettyLittleThing.com USA Inc., PrettyLittleThing.com Limited, NastyGal.com USA Inc., and Nasty Gal Limited (collectively, "Defendants"), on the other hand, by and through their respective counsel of record, have met and conferred as ordered by the Court (D.E. 71) relating to Defendants' production of e-mails and other communications in response to Plaintiffs' Requests for Production of Documents Nos. 23-29, Defendants' answers to Plaintiffs' Requests for Admission Nos. 1-5, 8, 11-15, and 18-21, and Defendants' answer to Plaintiffs' Interrogatory No. 16. The parties now submit this status report as directed by the Court regarding the aforementioned discovery requests.

    **A.**    **RFPs 23-29 (E-mails and Other Communications)**

The parties, after meeting and conferring as ordered by the Court, agree to the following:

1. Defendants will produce e-mails using the revised set of search terms set forth in Exhibit A from the beginning of the class period to the present.

2. Defendants will also produce all e-mails using the search terms Defendants proposed in their letter to Plaintiffs dated February 11, 2021 from the beginning of the class period to the present. (See D.E. 67-1 at 461-62.)

3. Defendants' production under both set of search criteria identified above will cover the e-mails of all of the custodians identified in Exhibit A.

4. In the course of locating documents, Defendants may ask Plaintiffs to consider eliminating one or more custodians from the search, or eliminating or revising one or more of the search criteria; Plaintiffs agree to meet and confer regarding Defendants' request and consider the request in good faith.

5. Defendants agree to make a rolling production of the e-mails identified above beginning the week of April 26 and will produce documents weekly until the production is complete.

6. This agreement among counsel is made with the express understanding that

Plaintiffs reserve their right to seek to compel Defendants to produce e-mails and/or other communications under an expanded criterion.

**B.     RFAs 1-5, 8, 11-15, and 18-21, and Interrogatory No. 16**

The parties, after meeting and conferring as ordered by the Court, agree to the following:

1.     Plaintiffs have revised the definition of "REFERENCE PRICE" and "REGULAR PRICE" according to the new definitions communicated to Defendants on April 20 and 22, respectively.

2.     Defendants shall provide amended responses to RFAs 1-4, 8, 11, 12, 15, and 21, and to Interrogatory No. 16, to Plaintiffs by April 28, 2021.

3.     The parties continue to have a dispute concerning RFAs 5, 13, 14, and 19-20, and defer to their respective positions as communicated in the Local Rule 37-1 Joint Stipulation.  (D.E. 67.)

Dated:  April 23, 2021

ALMADANI LAW

*/s/ Yasin M. Almadani*
Yasin M. Almadani, Esq.

AI LAW, PLC

*/s/ Ahmed Ibrahim*
Ahmed Ibrahim, Esq.

*Attorneys for Plaintiffs Individually and On Behalf of All Others Similarly Situated*

| | | |
|---|---|---|
| 1 | Dated: April 23, 2021 | EVERSHEDS SUTHERLAND (US) LLP |
| 2 | | |
| 3 | | /s/ Ian S. Shelton |
| 4 | | Ian S. Shelton |
| 5 | | *Attorneys for Defendants Boohoo Group PLC, Boohoo.com USA Inc., Boohoo.com UK Limited, Prettylittlething.com USA Inc., Prettylittlething.com Limited, Nastygal.com USA Inc., and Nasty Gal Limited* |

3

# EXHIBIT A

| New Keywords | New Custodian List |
|---|---|
| "original pric*"<br>"website price"<br>"gross original price"<br>"gross post markdown"<br>"actual sold price"<br>"initial selling price"<br>"original standard price"<br>OSP<br>"current standard price"<br>"current sale price"<br>"price point lead"<br>"strikethrough price"<br>"strike-through price"<br>"reference price"<br>"ordinary price"<br>"regular price"<br>"initial price"<br>pric* w/50 behavior<br>pric* w/50 psych*<br>pric* w/10 fake<br>price* w/25 fraud*<br>markdown* w/25 behavior<br>markdown* w/25 psych*<br>discount w/25 behavior<br>consumer* w/25 behavior<br>consumer* w/25 psych*<br>customer* w/25 behavior<br>customer* w/25 psych*<br>customer* w/25 behavior<br>discount w/25 psych*<br>decep*<br>pric* AND survey AND customer<br>pric* AND survey AND consumer<br>legal w/10 pric*<br>illegal w/10 pric*<br>"countdown clock"<br>"countdown timer"<br>"permanent markdown"<br>"permanent promo*"<br>"permanent discount" | 1. Mahmud Kamani<br>2. Carol Kane<br>3. Umar Kamani<br>4. John Lyttle<br>5. Neil Catto<br>6. Natalie McGrath<br>7. Christina McGonagle<br>8. Jackie Felice<br>9. Kayla Goddard<br>10. Ashley Thomas<br>11. Sam Brocklebank<br>12. Rob Davies<br>13. Andrew Thompson<br>14. Danielle Robinson<br>15. Laura McKellar<br>16. Murray Beckett<br>17. Jocelyn Thurlow<br>18. Darren Johnson<br>19. Anjeli Patel<br>20. Kelly Byrne<br>21. Claire Asher<br>22. Asia Riaz<br>23. Nicki Capstick<br>24. Gemma Dunne<br>25. Mark Baker<br>26. Jonathan Haycock<br>27. Tom Duance<br>28. Sumaiya Badsah<br>29. Vicky James<br>30. Lorraine Martin<br>31. Donna Hough<br>32. Adam Khanche<br>33. Samir Kamani<br>34. Tom Binns<br>35. David Hare |