UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARID KHAN, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BOOHOO.COM USA INC. a Delaware corporation, BOOHOO.COM UK LIMITED, a United Kingdom private limited company, BOOHOO GROUP PLC, a Jersey public limited company, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV 20-3332-GW-JEMx<br><br>**ORDER EXTENDING BRIEFING SCHEDULE AND HEARING ON MOTION FOR CLASS CERTIFICATION AND IMPOSING CLASS DISCOVERY CUTOFF** |

[PROPOSED] ORDER

The Court has reviewed the Stipulation to Extend Briefing Schedule and Hearing on Motion for Class Certification and to Impose Class Discovery Cutoff submitted by Plaintiffs Farid Khan ("Khan"), Haya Hilton ("Hilton"), and Olivia Lee ("Lee") (collectively, "Plaintiffs"), on the one hand, and Defendants Boohoo Group PLC, Boohoo.com USA, Inc., Boohoo.com UK Limited, PrettyLittleThing.com USA, Inc., PrettyLittleThing.com Limited, NastyGal.com USA, Inc., and Nasty Gal Limited (collectively, "Defendants"), on the other hand.  The Court has also reviewed the Joint Declaration of Counsel in support of said stipulation.  The Court finds that good cause exists to grant the relief requested.  Therefore, the Court orders the following:

 1. The fact discovery cutoff for class discovery shall be August 31, 2021.

 2. Plaintiffs' deadline to file their motion for class certification shall be extended to October 4, 2021.

 3. Defendants' deadline to file their opposition to Plaintiffs' motion for class certification shall be extended to November 12, 2021.

 4. Plaintiffs' deadline to file their reply in support of their motion for class certification shall be extended to November 29, 2021.

 5. The hearing on Plaintiffs' motion for class certification shall be continued to December 13, 2021, at 8:30 a.m.

Dated:  June 7, 2021

_____
Hon. George H. Wu
United States District Judge

-1-
[PROPOSED] ORDER