# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARID KHAN, an individual, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BOOHOO.COM USA INC. a Delaware corporation, BOOHOO.COM UK LIMITED, a United Kingdom private limited company, BOOHOO GROUP PLC, a Jersey public limited company , and DOES 1-100, inclusive,<br><br>　　　　Defendants. | **NO.: 2:20-cv-03332-GW-JEM**<br><br>Consolidated for Pretrial Purposes with:<br>No. 2:20-cv-04658 GW-JEM<br>No. 2:20-cv-04659 GW-JEM<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING A ONE-DAY EXTENSION OF TIME FOR BOTH PARTIES TO FILE L.R. 37-2.3 SUPPLEMENTAL MEMORANDA OF LAW REGARDING DEFENDANTS' MOTION FOR PROTECTIVE ORDER DUE TO EXIGENT CIRCUMSTANCES**<br><br>HON. JOHN E. MCDERMOTT<br>United States Magistrate Judge<br><br>Action Filed:　　　April 9, 2020<br>Hearing Date:　　　August 3, 2021<br>Class Disc. Cutoff:　August 31, 2021<br>Trial Date:　　　　TBD |

JOINT STIPULATION AND PROPOSED ORDER

## JOINT STIPULATION

WHEREAS, L.R. 37-2.3 supplemental memoranda of law regarding Defendants' motion for protective order concerning the deposition of Executive Chairman Mahmud Kamani are due on July 20, 2021;

WHEREAS, Plaintiffs' counsel, Ahmed Ibrahim, had an urgent family medical emergency on July 20, 2021 that prevented Mr. Ibrahim from filing Plaintiffs' supplemental memorandum of law on July 20, 2021;

WHEREAS, given this exigency, the parties agreed to mutually extend the deadline for simultaneous filing of the supplemental memoranda of law until 5:00 p.m. Pacific Time on July 21, 2021;

WHEREAS, this one-day extension of time will not prejudice any party, and the supplemental memoranda of law will assist the Court in its review of the issues presented by Defendants' motion.

NOW THEREFORE, SUBJECT TO THE APPROVAL OF THE COURT, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

The deadline for simultaneous filing of the L.R. 37-2.3 supplemental memoranda of law regarding Defendants' motion for protective order concerning the deposition of Executive Chairman Mahmud Kamani is hereby extended from July 20, 2021 to July 21, 2021 at 5:00 p.m. Pacific Time.

| | |
|---|---|
| Dated: July 21, 2021 | Respectfully submitted, |
| | |
| | EVERSHEDS SUTHERLAND (US) LLP |
| | */s/ Ian S. Shelton* |
| | Ian S. Shelton |
| | *Attorneys for Defendants[1]* |
| | |
| Dated: July 21, 2021 | Respectfully submitted, |
| | |
| | AI LAW, PLC |
| | */s/ Ahmed Ibrahim* |
| | Ahmed Ibrahim |
| | *Attorneys for Plaintiffs* |
| | |
| Dated: July 21, 2021 | Respectfully submitted, |
| | |
| | ALMADANI LAW |
| | */s/ Yasin M. Almadani* |
| | Yasin M. Almadani |
| | *Attorneys for Plaintiffs* |

---

[1] Pursuant to L.R. 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# [~~PROPOSED~~] ORDER

Good cause appearing, the stipulation is so ordered.

Dated: 7/21/21

*John E. McDermott*
_____
The Honorable John E. McDermott
United States Magistrate Judge