**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| FARID KHAN, an individual, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>BOOHOO.COM USA, INC., a Delaware corporation, BOOHOO.COM UK LIMITED, a United Kingdom private limited company, BOOHOO GROUP PLC, a Jersey public limited company, and DOES 1-10, inclusive,<br><br>  Defendants. | **CASE NO.: 2:20-cv-03332 GW (JEMx)**<br><br>Consolidated for Pretrial Purposes with:<br>No. 2:20-cv-04658-GW-JEM<br>No. 2:20-cv-04659-GW-JEM<br><br>**ORDER TO STAY DEPOSITION OF MAHMUD KAMANI** |

ORDER

The Court has reviewed the Stipulation to Stay the Deposition of Mahmud Kamani submitted by Plaintiffs Farid Khan ("Khan"), Haya Hilton ("Hilton"), and Olivia Lee ("Lee") (collectively, "Plaintiffs"), on the one hand, and Defendants Boohoo Group PLC, Boohoo.com USA, Inc., Boohoo.com UK Limited, PrettyLittleThing.com USA, Inc., PrettyLittleThing.com Limited, NastyGal.com USA, Inc., and Nasty Gal Limited (collectively, "Defendants"), on the other hand. The Court has also reviewed the Joint Declaration of Counsel in support of said stipulation. The Court finds that good cause exists to grant the relief requested. Therefore, the Court orders the following:

1. The video deposition as ordered by the Court remotely via Zoom or other like platform of Mahmud Kamani, Executive Chairman of Boohoo Group PLC, is stayed until a mutually agreed upon date by the parties in October 2021.

2. Following entry of this order, the Parties shall meet and confer to set the date for the deposition and the date shall be set by September 15, 2021.

Dated: 8/4/21

*John E. McDermott*
Hon. John E. McDermott
United States Magistrate Judge