**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| FARID KHAN, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOOHOO.COM USA, INC., a Delaware corporation, BOOHOO.COM UK LIMITED, a United Kingdom private limited company, BOOHOO GROUP PLC, a Jersey public limited company, and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO.: 2:20-cv-03332 GW (JEMx)**<br><br>Consolidated for Pretrial Purposes with:<br>No. 2:20-cv-04658-GW-JEM<br>No. 2:20-cv-04659-GW-JEM<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO SUBMIT L.R. 37-2.2 RESPONSE TO DEFENDANTS REGARDING DEFENDANTS' MOTION FOR PROTECTIVE ORDER RELATING TO DEPOSITION SCHEDULING |

[~~PROPOSED~~] ORDER

1       The Court has reviewed the parties' Stipulation for Extension of Time for
2 Plaintiffs to Submit L.R. 37-2.2 Response to Defendants Regarding Defendants'
3 Motion for Protective Order Relating to Deposition Scheduling.  The Court finds
4 that good cause exists to grant the relief requested.  Therefore, the Court orders that
5 Plaintiffs' deadline to serve their portion of the L.R. 37-2.2 joint stipulation on
6 Defendants shall be extended to September 9, 2021.  Assuming it is sent to
7 Plaintiffs' counsel prior to 12:00 p.m. Pacific Time on September 9, 2021, Plaintiffs
8 will attach Defendants' meet and confer correspondence to Plaintiffs' supporting
9 declaration to the Joint Declaration.  Defendants will file the Joint Stipulation and
10 supporting documents no later than September 10, 2021.

Dated:  September 9, 2021

/s/John E. McDermott
Hon. John E. McDermott
United States Magistrate Judge

-1-
[PROPOSED] ORDER