1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| 14  FARID KHAN, an individual, on behalf of himself and all others similarly situated,<br>15<br>16           Plaintiff,<br>17                v.<br>18  BOOHOO.COM USA, INC., a Delaware corporation, BOOHOO.COM UK LIMITED, a United Kingdom private limited company, BOOHOO GROUP PLC, a Jersey public limited company, and DOES 1-10, inclusive,<br>21<br>22           Defendants. | **CASE NO.: 2:20-cv-03332 GW (JEMx)**<br><br>Consolidated for Pretrial Purposes with:<br>No. 2:20-cv-04658-GW-JEM<br>No. 2:20-cv-04659-GW-JEM<br><br>**ORDER GRANTING STIPULATION REGARDING DEPOSITION SCHEDULING** |

23
24
25
26
27
28

46575238.1

ORDER

The Court has reviewed the Stipulation Regarding the Scheduling of Depositions submitted by Plaintiffs Farid Khan ("Khan"), Haya Hilton ("Hilton"), and Olivia Lee ("Lee") (collectively, "Plaintiffs"), on the one hand, and Defendants Boohoo Group PLC, Boohoo.com USA, Inc., Boohoo.com UK Limited, PrettyLittleThing.com USA, Inc., PrettyLittleThing.com Limited, NastyGal.com USA, Inc., and Nasty Gal Limited (collectively, "Defendants"), on the other hand. The Court has also reviewed the Joint Declaration of Counsel in support of said stipulation. The Court finds that good cause exists to grant the relief requested. Therefore, the Court orders the following:

1. The Parties will continue to meet and confer regarding the scheduling of depositions based on the availability of the witnesses.

2. The Parties will file a status update or proposed order with the Court on or before September 29, 2021, regarding the scheduling of depositions.

Dated: 9/22/2021

/s/John E. McDermott
Hon. John E. McDermott
United States Magistrate Judge