1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| 14 FARID KHAN, an individual, on behalf of himself and all others 15 similarly situated,<br>16       Plaintiff,<br>17             v.<br>18 BOOHOO.COM USA, INC., a Delaware corporation,<br>19 BOOHOO.COM UK LIMITED, a United Kingdom private limited 20 company, BOOHOO GROUP PLC, a Jersey public limited company, and 21 DOES 1-10, inclusive,<br>22       Defendants. | **CASE NO.: 2:20-cv-03332 GW (JEMx)**<br><br>Consolidated for Pretrial Purposes with:<br>No. 2:20-cv-04658-GW-JEM<br>No. 2:20-cv-04659-GW-JEM<br><br>**ORDER GRANTING STIPULATION REGARDING DEPOSITION SCHEDULING** |

23
24
25
26
27
28

The Court has reviewed the Status Report and Stipulation Regarding the Scheduling of Depositions submitted by Plaintiffs Farid Khan ("Khan"), Haya Hilton ("Hilton"), and Olivia Lee ("Lee") (collectively, "Plaintiffs"), on the one hand, and Defendants Boohoo Group PLC, Boohoo.com USA, Inc., Boohoo.com UK Limited, PrettyLittleThing.com USA, Inc., PrettyLittleThing.com Limited, NastyGal.com USA, Inc., and Nasty Gal Limited (collectively, "Defendants"), on the other hand.  The Court has also reviewed the Joint Declaration of Counsel in support of said status report and stipulation.  The Court finds that good cause exists to grant the relief requested.  Therefore, the Court orders the following:

1. The Parties will continue to meet and confer regarding the scheduling of depositions based on the availability of the witnesses.
2. The Parties will file a status update or proposed order with the Court on or before October 13, 2021, regarding the scheduling of depositions.

Dated:  10/7/2021

  /s/John E. McDermott_____
Hon. John E. McDermott
United States Magistrate Judge