1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| 14  FARID KHAN, an individual, on behalf of himself and all others similarly situated,<br><br>16            Plaintiff,<br><br>17                v.<br><br>18  BOOHOO.COM USA, INC., a Delaware corporation, BOOHOO.COM UK LIMITED, a United Kingdom private limited company, BOOHOO GROUP PLC, a Jersey public limited company, and DOES 1-10, inclusive,<br><br>22            Defendants. | **CASE NO.: 2:20-cv-03332 GW (JEMx)**<br><br>Consolidated for Pretrial Purposes with:<br>No. 2:20-cv-04658-GW-JEM<br>No. 2:20-cv-04659-GW-JEM<br><br>**ORDER GRANTING STIPULATION REGARDING DEPOSITION SCHEDULING** |

23
24
25
26
27
28

46842584.1

The Court has reviewed the Status Report and Stipulation Regarding the Scheduling of Depositions submitted by Plaintiffs Farid Khan ("Khan"), Haya Hilton ("Hilton"), and Olivia Lee ("Lee") (collectively, "Plaintiffs"), on the one hand, and Defendants Boohoo Group PLC, Boohoo.com USA, Inc., Boohoo.com UK Limited, PrettyLittleThing.com USA, Inc., PrettyLittleThing.com Limited, NastyGal.com USA, Inc., and Nasty Gal Limited (collectively, "Defendants"), on the other hand.  The Court has also reviewed the Joint Declaration of Counsel in support of said status report and stipulation.  The Court finds that good cause exists to grant the relief requested.  Therefore, the Court orders the following:

1. Having reached a settlement in principle, all deadlines for depositions and written discovery are suspended.
2. The parties will meet and confer to present a proposed schedule to the Court regarding approval of the class settlement agreement.

Dated:  November 4, 2021

_____
Hon. John E. McDermott
United States Magistrate Judge