1

ALMADANI LAW
Yasin M. Almadani, State Bar No. 242798
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Ph: 949-877-7177
Fax: 949-877-8757
yma@lawalm.com

2

3

4

5

AI LAW, PLC
Ahmed Ibrahim, State Bar No. 238739
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Ph.:   949-266-1240
Fax:   949-266-1280
aibrahim@ailawfirm.com

6

7

8

9

Attorneys for Plaintiffs

EVERSHEDS SUTHERLAND (US) LLP
Ian S. Shelton (CA Bar No. 264863)
ianshelton@eversheds-sutherland.com
500 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone:   (916) 844-2965
Facsimile:   (916) 241-0501

EVERSHEDS SUTHERLAND (US) LLP
Ronald W. Zdrojeski (admitted *PHV*)
ronzdrojeski@eversheds-sutherland.com
1114 6th Avenue, 40th Floor
New York, NY 10036
Telephone:   (212) 389-5000
Facsimile:   (212) 389-5099

Attorneys for Defendants

10

11

12

13

14

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FARID KHAN, an individual, on behalf of himself and all others similarly situated,

Plaintiff,

v.

BOOHOO.COM USA, INC., a Delaware corporation, BOOHOO.COM UK LIMITED, a United Kingdom private limited company, BOOHOO GROUP PLC, a Jersey public limited company, and DOES 1-10, inclusive,

Defendants.

**CASE NO.: 2:20-cv-03332 GW (JEMx)**

Consolidated for Pretrial Purposes with:
No. 2:20-cv-04658-GW-JEM
No. 2:20-cv-04659-GW-JEM

**STATUS REPORT AND STIPULATION REGARDING CLASS DISCOVERY DEADLINE AND DEADLINE FOR FILING OF MOTION FOR CLASS CERTIFICATION OR MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT; JOINT DECLARATION OF COUNSEL**

HON. GEORGE H. WU
United States District Judge

Action Filed:          April 9, 2020

Class Disc. Cutoff:   Suspended by Court
                       Order (D.E. 117)

Trial Date:            TBD

## STIPULATION

Plaintiffs Farid Khan ("Khan"), Haya Hilton ("Hilton"), and Olivia Lee ("Lee") (collectively, "Plaintiffs"), on the one hand, and Defendants Boohoo Group PLC, Boohoo.com USA, Inc., Boohoo.com UK Limited, PrettyLittleThing.com USA, Inc., PrettyLittleThing.com Limited, NastyGal.com USA, Inc., and Nasty Gal Limited (collectively, "Defendants"), on the other hand, by and through their respective counsel of record in this action, hereby report on the status of their meet and confer sessions, and agree as follows:

WHEREAS, this litigation involves the following three separate class action lawsuits, which have been consolidated before this Court for pretrial purposes:  (1) *Khan v. Boohoo.com USA, Inc., et al.*, No. 2:20-cv-03332-GW (JEMx), (2) *Hilton v. PrettyLittleThing.com USA, Inc., et al.*, 2:20-cv-04658-GW (JEMx), and (3) *Lee v. NastyGal.com USA, Inc., et al.*, 2:20-cv-04659-GW (JEMx);

WHEREAS, since the Court's Order dated September 15, 2021 (Dkt. 103), the parties have met and conferred regarding the scheduling of depositions and have been providing weekly status updates to the Court.

WHEREAS, since entry of the Court's Order on September 15, 2021 (Dkt. 103), the parties have been actively discussing settlement on almost a daily basis.

WHEREAS, the parties have reached a settlement in principle with certain issues and details that require further negotiation, and they are now working on completing additional discovery, including depositions, in order to be able to negotiate a final settlement agreement.

WHEREAS, due to the nature of Defendants' business, Defendants' witnesses are unavailable until after the holiday season.

WHEREAS, one of Plaintiffs' counsel of record is recovering from a serious medical condition, and the other of Plaintiffs' counsel of record is unavailable from January 2 to 17, 2022, due to a scheduled vacation.

*Status Report and Stipulation Regarding Discovery Deadline and Deadline for Filing Motion for Class Certification or Motion for Preliminary Approval of Class Settlement*

*Case No. 2:20-cv-03332 GW (JEMx)*

WHEREAS, on November 4, 2021, the Court suspended all discovery and deposition deadlines upon the parties' request.

WHEREAS, assuming the parties have been able to conduct the appropriate discovery and negotiate a final binding settlement agreement, the parties anticipate concluding discovery by February 28, 2022, and filing a motion for preliminary approval of class settlement by March 28, 2022.

WHEREAS, in the event the parties are unable to agree on a final settlement, Plaintiffs reserve the right to conduct additional class discovery and the parties shall meet and confer and file by March 14, 2022, a schedule for the completion of class discovery and filing of a motion for class certification.

NOW THEREFORE, the parties agree on and request the following:

1.     That all class discovery deadlines in this matter be continued to February 28, 2022.

2.     That the deadline for filing a motion for preliminary approval of class settlement be set for March 28, 2022.

3.     That in the event the parties are unable to agree on a final settlement agreement, the parties shall meet and confer and file by March 14, 2022, a schedule for the completion of class discovery (in accordance with the Court's previous discovery rulings) and the filing of a motion for class certification.

The parties recognize that, under the District Court's procedures, continuances must be supported by a showing of good cause and be accompanied by a declaration of counsel. Therefore, this request is supported by the attached Joint Declaration of Counsel.

SO STIPULATED.

*Status Report and Stipulation Regarding Discovery Deadline*
*and Deadline for Filing Motion for Class Certification or*
*Motion for Preliminary Approval of Class Settlement*

*Case No. 2:20-cv-03332 GW (JEMx)*

Dated: November 17, 2021

Respectfully submitted,[1]

ALMADANI LAW

*/s/ Yasin M. Almadani*
Yasin M. Almadani, Esq.

AI LAW, PLC

*/s/ Ahmed Ibrahim*
Ahmed Ibrahim, Esq.

*Attorneys for Plaintiffs Individually and*
*On Behalf of All Others Similarly Situated*

EVERSHEDS SUTHERLAND (US) LLP

*/s/ Ronald W. Zdrojeski*
Ronald W. Zdrojeski, Esq.

*Attorneys for Defendants*

---

[1]  Pursuant to L.R. 5-4.3.4(a)(2), the party filing this document certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

4

*Status Report and Stipulation Regarding Discovery Deadline*
*and Deadline for Filing Motion for Class Certification or*
*Motion for Preliminary Approval of Class Settlement*

*Case No. 2:20-cv-03332 GW (JEMx)*

## JOINT DECLARATION OF COUNSEL

Yasin M. Almadani and Ronald W. Zdrojeski jointly declare as follows:

1.     We are attorneys duly authorized to practice before this Court. Yasin Almadani is with Almadani Law, counsel for Plaintiffs Farid Khan, Haya Hilton, and Olivia Lee ("Plaintiffs"), and the respective putative classes.  Ronald Zdrojeski is with Eversheds Sutherland (US) LLP, counsel for Defendants Boohoo Group PLC, Boohoo.com USA, Inc., Boohoo.com UK Limited, PrettyLittleThing.com USA, Inc., PrettyLittleThing.com Limited, NastyGal.com USA, Inc., and Nasty Gal Limited (collectively, "Defendants").  We submit this joint declaration in support of the parties' stipulation set forth above regarding the scheduling of depositions for Defendants' potential witnesses located in the United Kingdom. This joint declaration is being filed in accordance with the District Court's procedures requiring that requests for continuances be "accompanied by a declaration setting forth the reasons for the requested continuance." We have personal knowledge of the information stated herein.

2.     Since the Court's Order dated September 15, 2021 (Dkt. 103), the parties have met and conferred regarding the scheduling of depositions and have been providing weekly status updates to the Court.

3.     Since entry of the Court's Order on September 15, 2021 (Dkt. 103), the parties have been actively discussing settlement on almost a daily basis.

4.     The parties have reached a settlement in principle with certain and issues and details that require further negotiation, and they are now working on completing additional discovery, including depositions, in order to negotiate a final settlement agreement.

5.     Defendants represent that, due to the nature of their business as online retailers of clothing, shoes, accessories, and other consumer products, their witnesses are unavailable until after the holiday season.

6.     Plaintiffs' counsel represents that one of Plaintiffs' counsel of record is recovering from a serious medical condition, and the other of Plaintiffs' counsel of record is unavailable from January 2 to 17, 2022, due to a scheduled vacation.

7.     On November 4, 2021, the Court suspended all discovery and deposition deadlines upon the parties' request.  (Dkt. 117.)

8.     The parties have met and conferred regarding the schedule and they are in agreement that, assuming they have been able to conduct the appropriate discovery and negotiate a final binding settlement agreement, they anticipate concluding discovery by February 28, 2022, and the filing of a motion for preliminary approval of class settlement on or before March 28, 2022.

9.     On the other hand, in the event the parties are unable to agree on a final settlement, the parties recognize that Plaintiffs reserve the right to conduct additional class discovery and that they will further meet and confer and file by March 14, 2022, a schedule for the completion of class discovery (in accordance with the Court's previous discovery rulings) and the filing of a motion for class certification.

10.     For these reasons, the parties respectfully request the Court to grant the relief sought in the accompanying stipulation filed with the Court and the concurrently filed proposed order.

*     *     *

I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct.

Executed: November 17, 2021

/s/ Yasin M. Almadani
Yasin M. Almadani, Esq.

/s/ Ronald W. Zdrojeski
Ronald W. Zdrojeski, Esq.