1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| 14  FARID KHAN, an individual, on behalf of himself and all others similarly situated,<br>15<br>16         Plaintiff,<br>17              v.<br>18  BOOHOO.COM USA, INC., a Delaware corporation, BOOHOO.COM UK LIMITED, a<br>19  United Kingdom private limited company, BOOHOO GROUP PLC,<br>20  a Jersey public limited company, and DOES 1-10, inclusive,<br>21<br>22         Defendants. | **CASE NO.: 2:20-cv-03332-GW-JEMx**<br><br>Consolidated for Pretrial Purposes with:<br>No. 2:20-cv-04658-GW-JEMx<br>No. 2:20-cv-04659-GW-JEMx<br><br>**ORDER REGARDING CLASS SETTLEMENT BRIEFING SCHEDULE** |

23
24
25
26
27
28

The Court has reviewed the Joint Status Report and Stipulation Regarding Class Discovery Deadline and Deadline for Filing Motion for Class Certification or Motion for Preliminary Approval of Class Settlement submitted by Plaintiffs Farid Khan ("Khan"), Haya Hilton ("Hilton"), and Olivia Lee ("Lee") (collectively, "Plaintiffs"), on the one hand, and Defendants Boohoo Group PLC, Boohoo.com USA, Inc., Boohoo.com UK Limited, PrettyLittleThing.com USA, Inc., PrettyLittleThing.com Limited, NastyGal.com USA, Inc., and Nasty Gal Limited (collectively, "Defendants"), on the other hand.  The Court has also reviewed the Joint Declaration of Counsel in support of said status report and stipulation.  Finding good cause, the Court GRANTS the relief requested and ORDERS the following:

1.   The deadline for filing a motion for preliminary approval of the class settlement shall be set for May 16, 2022.

2.   In the event the Parties are unable to agree on a final settlement agreement, the Parties shall meet and confer and file by May 16, 2022, a schedule for the completion of class discovery (in accordance with the Court's previous discovery rulings), including proposing a date for the filing of a motion for class certification.

3.   The Parties shall attend the status conference on April 18 at 8:30 a.m. by telephone to further apprise the Court of their progress, as previously ordered by the Court.

Dated:  April 15, 2022

_____
HON. GEORGE H. WU
United States District Judge