1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| 14  FARID KHAN, an individual, on behalf of himself and all others similarly situated,<br>15<br>16                    Plaintiff,<br>17                    v.<br>18  BOOHOO.COM USA, INC., a Delaware corporation,<br>19  BOOHOO.COM UK LIMITED, a United Kingdom private limited company, BOOHOO GROUP PLC,<br>20  a Jersey public limited company, and DOES 1-10, inclusive,<br>21<br>22                    Defendants. | **CASE NO.: CV 20-3332-GW-JEMx**<br><br>Consolidated for Pretrial Purposes with:<br>No. CV 2:20-4658-GW-JEMx<br>No. CV 20-4659-GW-JEMx<br><br>**ORDER PERMITTING PLAINTIFFS TO EXCEED PAGE LIMITATIONS** |

23
24
25
26
27
28

After full consideration of the parties' Stipulation to Exceed Page Limitations for Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, and finding that there is good cause in support of the request made therein,

IT IS HEREBY ORDERED THAT Plaintiffs may file a memorandum of points and authorities not to exceed 40 pages in length in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

IT IS SO ORDERED.

Dated: May 23, 2022

_____
Hon. George H, Wu
United States District Judge