# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | X  CV 20-3332-GW-JEMx<br>CV 20-4658-GW-JEMx<br>CV 20-4659-GW-JEMx | Date | August 22, 2022 |
| Title | **Farih Khan v. Boohoo.com USA, Inc. et al.**<br>Haya Hilton v. Prettylittlething.com USA, Inc. et al.<br>Olivia Lee v. NastyGal.com USA Inc. et al. | | |

---

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kelly Davis | Terri A. Hourigan | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ahmed I. Ibrahim<br>(telephonic)<br>Yasin M. Almadani<br>(telephonic) | Ronald W. Zdrojeski<br>(telephonic)<br>Ian S. Shelton<br>(telephonic) |

**PROCEEDINGS:** MOTION HEARING (Held and Completed)

Case is called. Counsel make their appearances. Counsel and the Court confer regarding the tentative issued prior to the hearing.

For reasons on the record, the Court hereby adopts the tentative ruling and DENIES the Motion to Enforce Settlement Agreement and Strike Habberfield First Amended Complaint, or in the Alternative to Stay Settlement Administration, and for Sanctions.

IT IS SO ORDERED.

| | : | 08 |
|---|---|---|
| | Initials of Preparer | kd |