# EXHIBIT 5



*ELM Solutions*

# 2022 Real Rate Report®

The industry's leading analysis of law firm rates, trends, and practices



wolterskluwer.com

# A Letter to Our Readers

Welcome to the Wolters Kluwer ELM Solutions Real Rate Report®, the industry's leading data-driven benchmark report for lawyer rates.

Our Real Rate Report has been a relied upon data analytics resource to the legal industry since its inception in 2010 and continues to evolve. The Real Rate Report is powered by the Wolters Kluwer ELM Solutions LegalVIEW® data warehouse, which has grown to include $155B+ in anonymized legal data.

Last year, we launched our LegalVIEW Insights report series, which presented the first-of-its-kind legal analysis of total outside spend, vendor counts, staffing ratios, and other matters. This year, LegalVIEW Insights has gone even deeper into these issues and, together with the Real Rate Report, is a great tool to benchmark performance and improve from there.

The legal services industry relies on internal analytics and the use of external data resources, such as the LegalVIEW data warehouse, to support legal management strategies. The depth and details of the data in the Real Rate Report enable you to better benchmark and make more informed investment and resourcing decisions for your organization.

As with past Real Rate Reports, all of the data analyzed are from corporations' and law firms' e-billing and time management solutions. We have included lawyer and paralegal rate data filtered by specific practice and sub-practice areas, metropolitan areas, and types of matters to give legal departments and law firms greater ability to pinpoint areas of opportunity. We strive to make the Real Rate Report a valuable and actionable reference tool for legal departments and law firms.

As always, we welcome your comments and suggestions on what information would make this publication more valuable to you. We thank our data contributors for participating in this program. And we thank you for making Wolters Kluwer ELM Solutions your trusted partner for legal industry domain expertise, data, and analytics and look forward to continuing to provide market-leading, expert solutions that deliver the best business outcomes for collaboration among legal departments and law firms.

Sincerely,

**Barry Ader**
Vice President, Product Management and Marketing
Wolters Kluwer ELM Solutions

# Section I: High-Level Data Cuts

## Cities
By Matter Type

**2022 - Real Rates for Associate and Partner**  **Trend Analysis - Mean**

| City | Matter Type | Role | n | First Quartile | Median | Third Quartile | 2022 | 2021 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| **Jackson MS** | Litigation | Associate | 56 | $55 | $225 | $250 | $178 | $203 | $175 |
| | Non-Litigation | Partner | 24 | $315 | $420 | $485 | $418 | $394 | $375 |
| | | Associate | 25 | $55 | $126 | $255 | $155 | $125 | $259 |
| **Kansas City MO** | Litigation | Partner | 74 | $413 | $450 | $556 | $472 | $450 | $450 |
| | | Associate | 50 | $252 | $329 | $385 | $319 | $316 | $305 |
| | Non-Litigation | Partner | 101 | $411 | $487 | $615 | $519 | $487 | $464 |
| | | Associate | 73 | $250 | $320 | $385 | $322 | $312 | $285 |
| **Las Vegas NV** | Non-Litigation | Partner | 20 | $350 | $425 | $525 | $440 | $422 | $432 |
| | | Associate | 11 | $238 | $267 | $368 | $301 | $297 | $282 |
| **Little Rock AR** | Non-Litigation | Partner | 11 | $215 | $215 | $308 | $264 | $256 | $298 |
| **Los Angeles CA** | Litigation | Partner | 322 | $516 | $725 | $1,045 | $799 | $739 | $702 |
| | | Associate | 408 | $400 | $615 | $855 | $642 | $606 | $564 |
| | Non-Litigation | Partner | 521 | $596 | $868 | $1,201 | $903 | $902 | $858 |
| | | Associate | 667 | $441 | $603 | $845 | $653 | $712 | $648 |

# Section I: High-Level Data Cuts

## Cities
By Matter Type

**2022 - Real Rates for Associate and Partner**  **Trend Analysis - Mean**

| City | Matter Type | Role | n | First Quartile | Median | Third Quartile | 2022 | 2021 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| **San Jose CA** | Litigation | Associate | 22 | $461 | $580 | $745 | $608 | $593 | $498 |
| | Non-Litigation | Partner | 50 | $660 | $864 | $1,303 | $969 | $985 | $887 |
| | | Associate | 46 | $380 | $460 | $775 | $616 | $639 | $567 |
| **Seattle WA** | **Litigation** | Partner | 76 | $497 | $655 | $760 | $635 | $567 | $510 |
| | | **Associate** | 61 | $394 | **$468** | **$530** | $447 | $453 | $395 |
| | Non-Litigation | Partner | 148 | $410 | $526 | $760 | $571 | $547 | $547 |
| | | Associate | 113 | $310 | $395 | $502 | $422 | $401 | $377 |
| **St. Louis MO** | Litigation | Partner | 46 | $260 | $350 | $435 | $376 | $373 | $388 |
| | | Associate | 17 | $197 | $225 | $250 | $228 | $237 | $232 |
| | Non-Litigation | Partner | 57 | $352 | $419 | $540 | $451 | $446 | $473 |
| **Tampa FL** | Litigation | Partner | 31 | $369 | $508 | $595 | $490 | $467 | $452 |
| | | Associate | 15 | $269 | $298 | $368 | $316 | $302 | $306 |
| **Trenton NJ** | Non-Litigation | Partner | 21 | $408 | $600 | $700 | $569 | $620 | $581 |
| | | Associate | 12 | $480 | $495 | $500 | $448 | $376 | $387 |

# Section I: High-Level Data Cuts

**Cities**
By Years of Experience

**2022 - Real Rates for Associate**                                                                    **Trend Analysis - Mean**

| City | Years of Experience | n | First Quartile | Median | Third Quartile | 2022 | 2021 | 2020 |
|---|---|---|---|---|---|---|---|---|
| **Kansas City MO** | 3 to Fewer Than 7 Years | 15 | $270 | $325 | $360 | $318 | $295 | $283 |
| | 7 or More Years | 28 | $292 | $334 | $391 | $333 | $312 | $302 |
| **Los Angeles CA** | Fewer Than 3 Years | 63 | $429 | $595 | $654 | $556 | $524 | $488 |
| | 3 to Fewer Than 7 Years | 144 | $486 | $688 | $838 | $662 | $626 | $530 |
| | **7 or More Years** | 171 | $351 | **$550** | **$840** | $600 | $634 | $586 |
| **Miami FL** | 3 to Fewer Than 7 Years | 19 | $300 | $360 | $457 | $380 | $331 | $313 |
| | 7 or More Years | 36 | $295 | $450 | $595 | $460 | $433 | $385 |
| **Minneapolis MN** | Fewer Than 3 Years | 11 | $374 | $405 | $446 | $408 | | $230 |
| | 3 to Fewer Than 7 Years | 27 | $340 | $451 | $510 | $421 | $358 | $356 |
| | 7 or More Years | 27 | $423 | $468 | $585 | $478 | $438 | $392 |
| **Nashville TN** | 7 or More Years | 12 | $219 | $245 | $345 | $282 | $266 | $262 |
| **New Orleans LA** | 3 to Fewer Than 7 Years | 12 | $232 | $243 | $265 | $261 | $242 | $245 |
| | 7 or More Years | 18 | $243 | $312 | $343 | $306 | $318 | $294 |
| **New York NY** | Fewer Than 3 Years | 142 | $443 | $622 | $775 | $629 | $600 | $652 |

# Section I: High-Level Data Cuts

## Cities
By Years of Experience

**2022 - Real Rates for Associate**      **Trend Analysis - Mean**

| City | Years of Experience | n | First Quartile | Median | Third Quartile | 2022 | 2021 | 2020 |
|---|---|---|---|---|---|---|---|---|
| **San Francisco CA** | Fewer Than 3 Years | 18 | $486 | $510 | $597 | $537 | $455 | $497 |
| | 3 to Fewer Than 7 Years | 33 | $334 | $509 | $702 | $546 | $528 | $465 |
| | 7 or More Years | 59 | $328 | $465 | $717 | $545 | $536 | $504 |
| **San Jose CA** | 7 or More Years | 14 | $406 | $497 | $605 | $596 | $706 | $630 |
| **Seattle WA** | 3 to Fewer Than 7 Years | 31 | $290 | $321 | $339 | $329 | $304 | $285 |
| | 7 or More Years | 41 | $348 | ==$429== | ==$473== | $427 | $400 | $377 |
| **St. Louis MO** | 7 or More Years | 13 | $200 | $225 | $275 | $260 | $262 | $259 |
| **Washington DC** | Fewer Than 3 Years | 73 | $400 | $506 | $610 | $509 | $425 | $532 |
| | 3 to Fewer Than 7 Years | 183 | $455 | $580 | $698 | $599 | $535 | $495 |
| | 7 or More Years | 206 | $547 | $695 | $870 | $731 | $683 | $634 |

# Section I: High-Level Data Cuts

## Cities
By Years of Experience

**2022 - Real Rates for Partner**  **Trend Analysis - Mean**

| City | Years of Experience | n | First Quartile | Median | Third Quartile | 2022 | 2021 | 2020 |
|---|---|---|---|---|---|---|---|---|
| **Kansas City MO** | Fewer Than 21 Years | 46 | $400 | $450 | $537 | $473 | $411 | $397 |
| | 21 or More Years | 68 | $440 | $553 | $658 | $539 | $497 | $491 |
| **Las Vegas NV** | Fewer Than 21 Years | 12 | $284 | $381 | $495 | $389 | $349 | $343 |
| | 21 or More Years | 13 | $350 | $425 | $515 | $468 | $456 | $472 |
| **Los Angeles CA** | Fewer Than 21 Years | 183 | $533 | $801 | $1,075 | $804 | $797 | $682 |
| | 21 or More Years | 333 | $550 | $765 | $1,133 | $863 | $842 | $808 |
| **Memphis TN** | Fewer Than 21 Years | 14 | $288 | $331 | $380 | $345 | $317 | $328 |
| | 21 or More Years | 15 | $355 | $415 | $425 | $394 | $382 | $375 |
| **Miami FL** | Fewer Than 21 Years | 57 | $370 | $450 | $598 | $490 | $498 | $443 |
| | 21 or More Years | 104 | $388 | $581 | $749 | $584 | $580 | $536 |
| **Milwaukee WI** | 21 or More Years | 16 | $302 | $454 | $613 | $589 | $515 | $530 |
| **Minneapolis MN** | Fewer Than 21 Years | 36 | $470 | $530 | $607 | $532 | $486 | $499 |
| | 21 or More Years | 84 | $507 | $675 | $796 | $656 | $620 | $589 |
| **Nashville TN** | Fewer Than 21 Years | 28 | $375 | $405 | $535 | $449 | $405 | $397 |

# Section III: Practice Area Analysis

**General Liability - Litigation only**
By City

**2022 — Real Rates for Associate and Partner**

**Trend Analysis - Mean**

| City | Role | n | First Quartile | Median | Third Quartile | 2022 | 2021 | 2020 |
|---|---|---|---|---|---|---|---|---|
| **Kansas City MO** | Associate | 14 | $250 | $325 | $368 | $297 | $305 | $315 |
| **Los Angeles CA** | Partner | 40 | $410 | $835 | $995 | $744 | $604 | $515 |
| | Associate | 38 | $361 | $475 | $735 | $533 | $514 | $390 |
| **Miami FL** | Partner | 15 | $162 | $165 | $278 | $249 | $257 | $267 |
| **Minneapolis MN** | Partner | 14 | $339 | $340 | $675 | $449 | $371 | $355 |
| **Nashville TN** | Partner | 13 | $275 | $295 | $300 | $308 | $330 | $333 |
| **New Orleans LA** | Partner | 31 | $285 | $315 | $335 | $311 | $301 | $308 |
| | Associate | 27 | $212 | $238 | $242 | $230 | $221 | $225 |
| **New York NY** | Partner | 81 | $295 | $530 | $662 | $572 | $597 | $518 |
| | Associate | 80 | $175 | $300 | $400 | $332 | $384 | $367 |
| **Philadelphia PA** | Partner | 41 | $475 | $625 | $715 | $604 | $530 | $484 |
| | Associate | 53 | $412 | $430 | $565 | $444 | $414 | $381 |
| **Phoenix AZ** | Partner | 12 | $236 | $275 | $401 | $315 | $353 | $281 |
| | Associate | 11 | $183 | $215 | $247 | $240 | $210 | $179 |
| **Pittsburgh PA** | Associate | 11 | $245 | $334 | $435 | $356 | $319 | $334 |

# Section III: Practice Area Analysis

## General Liability - Litigation only
By City

**2022 — Real Rates for Associate and Partner**  **Trend Analysis - Mean**

| City | Role | n | First Quartile | Median | Third Quartile | 2022 | 2021 | 2020 |
|---|---|---|---|---|---|---|---|---|
| **Portland OR** | Partner | 11 | $288 | $305 | $333 | $318 | $291 | $276 |
| **San Francisco CA** | Partner | 14 | $284 | $430 | $525 | $484 | $458 | $400 |
|  | Associate | 13 | $288 | $430 | $430 | $375 | $404 | $346 |
| **St. Louis MO** | Partner | 17 | $200 | $300 | $357 | $303 | $360 | $353 |
| **Washington DC** | Partner | 49 | $895 | $950 | $950 | $953 | $870 | $817 |
|  | Associate | 37 | $486 | $670 | $695 | $575 | $558 | $559 |