UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-3332-GW-JEMx | Date | December 19, 2022 |
|---|---|---|---|
| Title | *Farih Khan v. Boohoo.com USA, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Katie E. Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Yasin M. Almadani, by telephone | Ian S. Shelton |
| Ahmed I. Ibrahim, by telephone | Ronald W. Zdorjeski |
| | Amy R. Albanese, by telephone |
| | Kelsey M. Machado, by telephone |

**PROCEEDINGS:** **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT [189]; and PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS [191]**

The Court's Tentative Ruling on Plaintiffs' Motions [189][191] was issued on December 16, 2022 [199]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling. The Court GRANTS the final approval motion and the motion for award of fees, costs, settlement administration expenses, and service awards. Plaintiffs are to file a final judgment forthwith.

The Court sets a status conference in *Laura Habberfield, et al. v. Boohoo.com USA, Inc., et al.*, CV 22-3899-GW-JEMx for February 27, 2023 at 8:30 a.m. The parties are to file a joint status report by noon on February 20, 2023.

|  | : | 10 |
|---|---|---|
| | Initials of Preparer | JG |