```
 1                UNITED STATES DISTRICT COURT

 2       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3                   HONORABLE GEORGE WU

 4          UNITED STATES DISTRICT JUDGE PRESIDING

 5                        - - -

 6
    Farid Khan,                      )
 7                    PLAINTIFF,     )  NO. CV 20-3332 GW
                                     )  NO. CV 20-4658 GW
 8  VS.                              )  NO. CV 20-4659 GW
                                     )  NO. CV 20-3899 GW
 9  Boohoo.com USA, Inc., et al.,    )
                      DEFENDANT,     )
10  _____ )

11

12

13         REPORTER'S TRANSCRIPT OF PROCEEDINGS

14              LOS ANGELES, CALIFORNIA

15             MONDAY, DECEMBER 19, 2022

16

17

18        _____

19           KATIE E. THIBODEAUX, CSR 9858
             U.S. Official Court Reporter
20                    Suite 4311
                 350 West 1st Street
21              Los Angeles, CA  90012

22

23

24

25
```

KATIE THIBODEAUX, CSR, RPR, CRR
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1  APPEARANCES OF COUNSEL:

 2


 3  FOR PLAINTIFF:

 4      AI LAW, PLC
        BY:  AHMED I. IBRAHIM
 5      4695 MacArthur Court
        Suite 1100
 6      Newport Beach, CA  92660

 7      -and-

 8      ALMADANI LAW
        BY:  YASIN M. ALMADANI
 9      4695 MacArthur Court
        Suite 1100
10      Newport Beach, CA  92660

11

12  FOR DEFENDANTS:

13      EVERSHEDS SUTHERLAND LLP
        BY:  RONALD W. ZDROJESKI
14      -and- IAN SHELTON
        -and- KELSEY MACHADO
15      -and- AMY R. ALBANESE
        1114 Avenue Of The Americas
16      Fortieth Floor
        New York, NY 10036

17

18

19

20

21

22

23

24

25
```

```
 1        LOS ANGELES, CALIFORNIA; MONDAY, DECEMBER 19, 2022
 2                         8:50 A.M.
 3                         - - - - -
 4
 5
 6         THE COURT:  Let me call the matter of -- let me
 7   call the matters of Khan versus Boohoo.com, Hilton versus
 8   Prettylittlething.com, Lee versus NastyGal.com, and
 9   Habberfield versus Boohoo.com.
10         For the plaintiffs, we have?
11         MR. IBRAHIM:  Good morning, your Honor.  This is
12   Ahmed Ibrahim on behalf of plaintiffs.  I am also joined
13   by my co-counsel, Yasin Almadani.
14         THE COURT:  All right.  And that is as to all four
15   cases; is that correct?
16         MR. IBRAHIM:  It is three, Your Honor, that you
17   named, the Habberfield case has been stayed because that
18   is the nationwide case.
19         THE COURT:  Is there counsel for the -- is there a
20   plaintiff's counsel on the Habberfield matter?
21         MR. IBRAHIM:  Yes.  That would be us.
22         THE COURT:  Okay.  So, in other words, you are --
23   attorneys for all of the plaintiffs, plaintiffs' counsel
24   are present; right?
25         MR. IBRAHIM:  Correct, Your Honor.
```

1    THE COURT: Okay. All right. And for the
2 dedefendants, we have?
3    MR. ZDROJESKI: Good morning, your Honor. This is
4 Ron Zdrojeski accompanied by my partner Ian Shelton on
5 behalf of all the defendants. Attending by phone but not
6 speaking will be my colleagues Kelsey Machado and Amy
7 Albanese.
8    THE COURT: Okay. As I have indicated, we are
9 here for the final approval of the class action
10 settlement on both Khan, Hilton and Lee. And then the
11 Court had a question as to what happens with the
12 Habberfield matter given the settlement of the first
13 three cases.
14       I issued a tentative on the motion for final
15 approval of the class action settlement and the motion
16 for attorney's fees and costs, et cetera. I had one
17 minor question, but I think my clerk pointed out that my
18 question was probably answered in the motion for
19 preliminary approval where it listed all those items. So
20 I guess I don't have a question since my clerk has
21 pointed out that I shouldn't have had a question. So now
22 I don't.
23       I have issued a tentative on this. Let me
24 ask, does anybody have any problems with the Court's
25 tentative in regards to either the final approval or the

1  award of attorney's fees, costs and settlement
2  administration and also the service awards.  Does anybody
3  have a problem with anything?
4           I take that as a no.
5       MR. IBRAHIM:  This is Ahmed Ibrahim for
6  plaintiffs.  No.  We agree with Your Honor's tentative.
7       THE COURT:  Let me also ask, there is nobody in
8  the audience who has an objection or anything of that
9  sort?
10          Okay.  Great.
11          So let me have the plaintiff's counsel submit
12 a final judgment that will cover all this stuff, and then
13 I will sign off on on it.
14          Let me ask the question, what about the
15 Habberfield matter?  What is going to happen with that?
16          Let me ask plaintiff's counsel.
17      MR. IBRAHIM:  Yes.  This is Ahmed Ibrahim for
18 plaintiffs.  I can address that, and, if I miss anything,
19 defense counsel can add in their thoughts as well.
20          And, first of all, thank you for accommodating
21 us by phone.  We would have liked to appear in person.
22 We actually have closing arguments in less than an hour
23 here in Santa Monica so we will try to get through this
24 quickly.
25          So the Habberfield case, as Your Honor

1  probably recalls, it is a nationwide case brought by
2  class members outside of California.  There are some
3  specific states that are named, and the parties, long
4  story short, the parties believe that they have agreed to
5  a settlement, the material terms of the settlement in
6  principle.  And, over the next several months, we are
7  going to be working on finalizing that settlement.
8         And what we are going to do as it relates to
9  the Khan case is, in the final judgment, we are going to
10 make sure that we are going to be certified under Rule
11 54(b) as final as to the California settlement class
12 members.
13        However, there was an issue where we wanted to
14 bring a motion for leave to amend in this case to add
15 non-California plaintiffs for the main purpose being to
16 address statute of limitations in relation back type
17 issues, but the parties got together and entered a
18 stipulation which Your Honor may recall Your Honor signed
19 about a month ago wherein the parties have agreed to
20 preserve their legal rights and positions as it relates
21 to that motion and on statute of limitations reaching
22 back type issues.
23        So the bottom line, Your Honor, to answer your
24 question, is for the time being the Habberfield case will
25 remain pending while the parties attempt to work out

1  their final settlement and will have a final judgment in
2  these matters before the Court and we will just modify
3  the judgment that we will be submitting later today to
4  ensure that it is final as it relates to the California
5  settlement class members.  But we are asking that the
6  case number in these matters technically be left open
7  because of the issue that I have identified.
8         But with the Rule 54(b) certification
9  specified in the final judgment, that should address the
10 concerns.
11     THE COURT:  Well, let me put it this way, what I
12 am going to do is the -- there is nothing to leave open.
13 What I will do is sign off on the judgment.  The judgment
14 can have a provision that the Court retains jurisdiction
15 to reopen the matter to enforce the terms of the
16 settlement, et cetera.
17         But I wouldn't leave those cases open.  And,
18 if you already have an agreement with defense as to the
19 waiver of statute of limitations arguments as to the
20 Habberfield matter -- defense counsel is now shaking his
21 head saying you don't have that.
22         Let me ask defense counsel what did you
23 disagree with what plaintiff's counsel just said?
24     MR. ZDROJESKI:  I don't disagree with what he
25 said, Your Honor, but we don't have an agreement other

1  than if we settle the case, that we will waive that.  In
2  the event that we don't for some reason come to a
3  settlement in principle which I don't anticipate or
4  alternatively which I also don't anticipate, the Court
5  declines to enter the settlement, the idea is those
6  arguments would be preserved.
7         THE COURT:  Let me understand then, in other
8  words, you are agreeing to a partial waiver.  In other
9  words, there is a waiver of the statute of limitations
10 for purposes of settlement.  There is not a waiver for
11 purposes of what you call it, if the case is not settled.
12         MR. ZDROJESKI:  Correct.
13         THE COURT:  That kind of makes it a little bit of
14 an issue because of the fact that there is case law that
15 says if there is one class action filed somewhere that
16 can cover members who might on their own have separate
17 claims that the statute of limitations is also -- doesn't
18 run during the pendency of that class action.
19         So what would -- the only thing that would be
20 required is I guess the statute of limitations I think
21 would be tolled anyway during the pendency of the Khan,
22 Hilton and Lee cases; right?  So I mean, eventually, it
23 will start to run in other words at the time of the
24 judgment, but I don't know how many class members' claims
25 would be lost, et cetera.  But that is something that it

1   is what it is.
2            All right.  This is what I am going to do.  I
3   am going to set this matter for a status conference for
4   the 27th of February.  I want a -- I don't expect
5   necessarily a settlement to be reached by then, but I
6   just want to set it for a status as to the Habberfield
7   matter.  And I want a joint status report in writing by
8   no later than February 20th.
9            But if the parties have reached a settlement,
10  et cetera, et cetera, and you want to propose a schedule
11  that is fine, too.  And if the schedule will take place
12  either before or actually take place after the
13  February 27th but you don't want to appear on the 27th,
14  just give me a stip to take the February 27th date off
15  calendar and I will do that.
16           Let me ask counsel, anything else I need to do
17  in these matters?
18       MR. IBRAHIM:  No, Your Honor.  Just to be clear --
19  again, this is Ahmed Ibrahim -- we can go ahead and lodge
20  a proposed judgment for Your Honor's consideration --
21       THE COURT:  Yes.
22       MR. IBRAHIM:  -- and signature later today.
23       THE COURT:  Yes.  That is fine.  And call my clerk
24  tomorrow to see if I have signed off on it or not because
25  I will try to get to it today or tomorrow.  Okay.

```
 1          RIGHT2:  Your Honor, I had one comment.  On the
 2   tolling issue, the parties entered a stipulation to
 3   preserve their arguments so the defendants wouldn't agree
 4   that American Pipe tolling applies.
 5          THE COURT:  Yes.
 6          RIGHT2:  But you are right, Your Honor, if we
 7   settle, the point will be moot because as part of the
 8   settlement we will be agreeing --
 9          THE COURT:  Even if you don't settle it, I think
10   an argument could be made that potentially because at one
11   point in time wasn't -- I did make a final order.  I
12   mean, I indicated insofar as the other cases were
13   concerned that the cases would be limited to California
14   but I didn't make a formal order.  So that kind of
15   complicates the doctrine in this particular matter.
16   Hopefully, it can be resolved in which case everybody is
17   happy and we don't have to worry about all this.  If not,
18   then it is just something that will have to be considered
19   by everybody later on.
20          RIGHT2:  Correct.
21          THE COURT:  That is fine.  All right.
22              Anything else from anyone?
23          MR. ZDROJESKI:  No, Your Honor.
24          THE COURT:  Okay.  Thank you.
25          (Proceedings concluded.)
```

Case 2:20-cv-03332-GW-JEM   Document 204   Filed 01/05/23   Page 11 of 15   Page ID #:4791

KATIE THIBODEAUX, CSR, RPR, CRR
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  January 5, 2023

 /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

```
 MR. IBRAHIM: [8]
 MR. ZDROJESKI: [4]    4/2 7/23
 8/11 10/22
 RIGHT2: [3]   9/25 10/5 10/19
 THE COURT: [16]
```

**−**

```
-and [4]   2/7 2/14 2/14 2/15
```

**/**

```
/s [1]   12/12
```

**1**

```
10036 [1]   2/16
1100 [2]   2/5 2/9
1114 [1]   2/15
19 [2]   1/15 3/1
1st [1]   1/20
```

**2**

```
20-3332 [1]   1/7
20-3899 [1]   1/8
20-4658 [1]   1/7
20-4659 [1]   1/8
2022 [2]   1/15 3/1
2023 [1]   12/10
20th [1]   9/8
27th [4]   9/4 9/13 9/13 9/14
28 [1]   12/4
```

**3**

```
3332 [1]   1/7
350 [1]   1/20
3899 [1]   1/8
```

**4**

```
4311 [1]   1/20
4658 [1]   1/7
4659 [1]   1/8
4695 [2]   2/5 2/9
```

**5**

```
54 [2]   6/11 7/8
```

**7**

```
753 [1]   12/4
```

**8**

```
8:50 [1]   3/2
```

**9**

```
90012 [1]   1/21
92660 [2]   2/6 2/10
9858 [2]   1/19 12/12
```

**A**

```
A.M [1]   3/2
about [3]   5/14 6/19 10/17
above [1]   12/7
above-entitled [1]   12/7
accommodating [1]   5/20
accompanied [1]   4/4
action [4]   4/9 4/15 8/15
 8/18
actually [2]   5/22 9/12
add [2]   5/19 6/14
address [3]   5/18 6/16 7/9
administration [1]   5/2
after [1]   9/12
again [1]   9/19
ago [1]   6/19
agree [2]   5/6 10/3
agreed [2]   6/4 6/19
agreeing [2]   8/8 10/8
agreement [2]   7/18 7/25
ahead [1]   9/19
AHMED [5]   2/4 3/12 5/5 5/17
```

```
 9/19
Al [1]   2/4
al [1]   1/6
ALBANESE [2]   2/15 4/7
all [11]
ALMADANI [3]   2/8 2/8 3/13
already [1]   7/18
also [5]   3/12 5/2 5/7 8/4
 8/17
alternatively [1]   8/4
am [4]   3/12 7/12 9/2 9/3
amend [1]   6/14
American [1]   10/4
Americas [1]   2/15
AMY [2]   2/15 4/6
ANGELES [3]   1/14 1/21 3/1
answer [1]   6/23
answered [1]   4/18
anticipate [2]   8/3 8/4
any [1]   4/24
anybody [2]   4/24 5/2
anyone [1]   10/22
anything [5]   5/3 5/8 5/18
 9/16 10/22
anyway [1]   8/21
appear [2]   5/21 9/13
APPEARANCES [1]   2/1
applies [1]   10/4
approval [4]   4/9 4/15 4/19
 4/25
are [12]
argument [1]   10/10
arguments [4]   5/22 7/19 8/6
 10/3
as [16]
ask [6]   4/24 5/7 5/14 5/16
 7/22 9/16
asking [1]   7/5
attempt [1]   6/25
Attending [1]   4/5
attorney's [2]   4/16 5/1
attorneys [1]   3/23
audience [1]   5/8
Avenue [1]   2/15
award [1]   5/1
awards [1]   5/2
```

**B**

```
back [2]   6/16 6/22
be [18]
Beach [2]   2/6 2/10
because [6]   3/17 7/7 8/14
 9/24 10/7 10/10
been [1]   3/17
before [2]   7/2 9/12
behalf [2]   3/12 4/5
being [2]   6/15 6/24
believe [1]   6/4
bit [1]   8/13
Boohoo.com [3]   1/9 3/7 3/9
both [1]   4/10
bottom [1]   6/23
bring [1]   6/14
brought [1]   6/1
```

**C**

```
CA [3]   1/21 2/6 2/10
calendar [1]   9/15
CALIFORNIA [8]
call [4]   3/6 3/7 8/11 9/23
can [6]   5/18 5/19 7/14 8/16
 9/19 10/16
case [12]
cases [6]   3/15 4/13 7/17
 8/22 10/12 10/13
CENTRAL [1]   1/2
CERTIFICATE [1]   12/1
certification [1]   7/8
```

```
certified [1]   6/10
certify [1]   12/4
cetera [5]   4/16 7/16 8/25
 9/10 9/10
claims [2]   8/17 8/24
class [8]
clear [1]   9/18
clerk [3]   4/17 4/20 9/23
closing [1]   5/22
co [1]   3/13
co-counsel [1]   3/13
Code [1]   12/5
colleagues [1]   4/6
come [1]   8/2
comment [1]   10/1
complicates [1]   10/15
concerned [1]   10/13
concerns [1]   7/10
concluded [1]   10/25
conference [2]   9/3 12/9
conformance [1]   12/8
consideration [1]   9/20
considered [1]   10/18
correct [5]   3/15 3/25 8/12
 10/20 12/5
costs [2]   4/16 5/1
could [1]   10/10
counsel [12]
COURT [8]
Court's [1]   4/24
cover [2]   5/12 8/16
CRR [1]   12/12
CSR [2]   1/19 12/12
CV [4]   1/7 1/7 1/8 1/8
```

**D**

```
date [2]   9/14 12/10
DECEMBER [2]   1/15 3/1
declines [1]   8/5
dedefendants [1]   4/2
DEFENDANT [1]   1/9
defendants [3]   2/12 4/5 10/3
defense [4]   5/19 7/18 7/20
 7/22
did [2]   7/22 10/11
didn't [1]   10/14
disagree [2]   7/23 7/24
DISTRICT [3]   1/1 1/2 1/4
DIVISION [1]   1/2
do [6]   6/8 7/12 7/13 9/2
 9/15 9/16
doctrine [1]   10/15
does [2]   4/24 5/2
doesn't [1]   8/17
don't [13]
during [2]   8/18 8/21
```

**E**

```
either [2]   4/25 9/12
else [2]   9/16 10/22
enforce [1]   7/15
ensure [1]   7/4
enter [1]   8/5
entered [2]   6/17 10/2
entitled [1]   12/7
et [6]   1/9 4/16 7/16 8/25
 9/10 9/10
Even [1]   10/9
event [1]   8/2
eventually [1]   8/22
EVERSHEDS [1]   2/13
everybody [2]   10/16 10/19
expect [1]   9/4
```

**F**

```
fact [1]   8/14
Farid [1]   1/6
February [4]   9/4 9/8 9/13
```

**F**

**February... [1]**  9/14
**February 20th [1]**  9/8
**February 27th [2]**  9/13 9/14
**fees [2]**  4/16 5/1
**filed [1]**  8/15
**final [11]**
**finalizing [1]**  6/7
**fine [3]**  9/11 9/23 10/21
**first [2]**  4/12 5/20
**Floor [1]**  2/16
**foregoing [1]**  12/5
**formal [1]**  10/14
**format [1]**  12/8
**Fortieth [1]**  2/16
**four [1]**  3/14

**G**

**GEORGE [1]**  1/3
**get [2]**  5/23 9/25
**give [1]**  9/14
**given [1]**  4/12
**go [1]**  9/19
**going [8]**
**Good [2]**  3/11 4/3
**got [1]**  6/17
**Great [1]**  5/10
**guess [2]**  4/20 8/20
**GW [4]**  1/7 1/7 1/8 1/8

**H**

**Habberfield [9]**
**had [4]**  4/11 4/16 4/21 10/1
**happen [1]**  5/15
**happens [1]**  4/11
**happy [1]**  10/17
**has [3]**  3/17 4/20 5/8
**have [24]**
**he [1]**  7/24
**head [1]**  7/21
**held [1]**  12/6
**here [2]**  4/9 5/23
**hereby [1]**  12/4
**Hilton [3]**  3/7 4/10 8/22
**his [1]**  7/20
**Honor [13]**
**Honor's [2]**  5/6 9/20
**HONORABLE [1]**  1/3
**Hopefully [1]**  10/16
**hour [1]**  5/22
**how [1]**  8/24
**However [1]**  6/13

**I**

**IAN [2]**  2/14 4/4
**IBRAHIM [5]**  2/4 3/12 5/5 5/17 9/19
**idea [1]**  8/5
**identified [1]**  7/7
**Inc [1]**  1/9
**indicated [2]**  4/8 10/12
**insofar [1]**  10/12
**is [40]**
**issue [4]**  6/13 7/7 8/14 10/2
**issued [2]**  4/14 4/23
**issues [2]**  6/17 6/22
**it [20]**
**items [1]**  4/19

**J**

**January [1]**  12/10
**joined [1]**  3/12
**joint [1]**  9/7
**JUDGE [1]**  1/4
**judgment [9]**
**Judicial [1]**  12/9
**jurisdiction [1]**  7/14
**just [6]**  7/2 7/23 9/6 9/14 9/18 10/18

**K**

**KATIE [2]**  1/19 12/12
**KELSEY [2]**  2/14 4/6
**Khan [5]**  1/6 3/7 4/10 6/9 8/21
**kind [2]**  8/13 10/14
**know [1]**  8/24

**L**

**later [4]**  7/3 9/8 9/22 10/19
**law [3]**  2/4 2/8 8/14
**leave [3]**  6/14 7/12 7/17
**Lee [3]**  3/8 4/10 8/22
**left [1]**  7/6
**legal [1]**  6/20
**less [1]**  5/22
**let [11]**
**liked [1]**  5/21
**limitations [6]**  6/16 6/21 7/19 8/9 8/17 8/20
**limited [1]**  10/13
**line [1]**  6/23
**listed [1]**  4/19
**little [1]**  8/13
**LLP [1]**  2/13
**lodge [1]**  9/19
**long [1]**  6/3
**LOS [3]**  1/14 1/21 3/1
**lost [1]**  8/25

**M**

**MacArthur [2]**  2/5 2/9
**MACHADO [2]**  2/14 4/6
**made [1]**  10/10
**main [1]**  6/15
**make [3]**  6/10 10/11 10/14
**makes [1]**  8/13
**many [1]**  8/24
**material [1]**  6/5
**matter [10]**
**matters [4]**  3/7 7/2 7/6 9/17
**may [1]**  6/18
**me [12]**
**mean [2]**  8/22 10/12
**members [4]**  6/2 6/12 7/5 8/16
**members' [1]**  8/24
**might [1]**  8/16
**minor [1]**  4/17
**miss [1]**  5/18
**modify [1]**  7/2
**MONDAY [2]**  1/15 3/1
**Monica [1]**  5/23
**month [1]**  6/19
**months [1]**  6/6
**moot [1]**  10/7
**morning [2]**  3/11 4/3
**motion [5]**  4/14 4/15 4/18 6/14 6/21
**my [7]**

**N**

**named [2]**  3/17 6/3
**NastyGal.com [1]**  3/8
**nationwide [2]**  3/18 6/1
**necessarily [1]**  9/5
**need [1]**  9/16
**New [1]**  2/16
**Newport [2]**  2/6 2/10
**next [1]**  6/6
**no [10]**
**nobody [1]**  5/7
**non [1]**  6/15
**non-California [1]**  6/15
**not [5]**  4/5 8/10 8/11 9/24 10/17
**nothing [1]**  7/12
**now [3]**  4/21 17/20
**number [1]**  7/6
**NY [1]**  2/16

**O**

**objection [1]**  5/8
**off [4]**  5/13 7/13 9/14 9/24
**Official [1]**  1/19
**Okay [6]**  3/22 4/1 4/8 5/10 9/25 10/24
**one [4]**  4/16 8/15 10/1 10/10
**only [1]**  8/19
**open [3]**  7/6 7/12 7/17
**order [2]**  10/11 10/14
**other [6]**  3/22 7/25 8/7 8/8 8/23 10/12
**out [3]**  4/17 4/21 6/25
**outside [1]**  6/2
**over [1]**  6/6
**own [1]**  8/16

**P**

**page [1]**  12/7
**part [1]**  10/7
**partial [1]**  8/8
**particular [1]**  10/15
**parties [7]**
**partner [1]**  4/4
**pendency [2]**  8/18 8/21
**pending [1]**  6/25
**person [1]**  5/21
**phone [2]**  4/5 5/21
**Pipe [1]**  10/4
**place [2]**  9/11 9/12
**PLAINTIFF [2]**  1/7 2/3
**plaintiff's [4]**  3/20 5/11 5/16 7/23
**plaintiffs [6]**  3/10 3/12 3/23 5/6 5/18 6/15
**plaintiffs' [1]**  3/23
**PLC [1]**  2/4
**point [2]**  10/7 10/11
**pointed [2]**  4/17 4/21
**positions [1]**  6/20
**potentially [1]**  10/10
**preliminary [1]**  4/19
**present [1]**  3/24
**preserve [2]**  6/20 10/3
**preserved [1]**  8/6
**PRESIDING [1]**  1/4
**Prettylittlething.com [1]**  3/8
**principle [2]**  6/6 8/3
**probably [2]**  4/18 6/1
**problem [1]**  5/3
**problems [1]**  4/24
**proceedings [3]**  1/13 10/25 12/6
**propose [1]**  9/10
**proposed [1]**  9/20
**provision [1]**  7/14
**purpose [1]**  6/15
**purposes [2]**  8/10 8/11
**pursuant [1]**  12/4
**put [1]**  7/11

**Q**

**question [7]**
**quickly [1]**  5/24

**R**

**reached [2]**  9/5 9/9
**reaching [1]**  6/21
**reason [1]**  8/2
**recall [1]**  6/18
**recalls [1]**  6/1
**regards [1]**  4/25

**R**
regulations [1]   12/8
relates [3]   6/8 6/20 7/4
relation [1]   6/16
remain [1]   6/25
reopen [1]   7/15
report [1]   9/7
reported [1]   12/6
Reporter [1]   1/19
REPORTER'S [1]   1/13
required [1]   8/20
resolved [1]   10/16
retains [1]   7/14
right [7]
rights [1]   6/20
Ron [1]   4/4
RONALD [1]   2/13
RPR [1]   12/12
Rule [2]   6/10 7/8
run [2]   8/18 8/23

**S**
said [2]   7/23 7/25
Santa [1]   5/23
saying [1]   7/21
says [1]   8/15
schedule [2]   9/10 9/11
Section [1]   12/4
see [1]   9/24
separate [1]   8/16
service [1]   5/2
set [2]   9/3 9/6
settle [3]   8/1 10/7 10/9
settled [1]   8/11
settlement [17]
several [1]   6/6
shaking [1]   7/20
SHELTON [2]   2/14 4/4
short [1]   6/4
should [1]   7/9
shouldn't [1]   4/21
sign [2]   5/13 7/13
signature [1]   9/22
signed [2]   6/18 9/24
since [1]   4/20
so [11]
some [2]   6/2 8/2
something [2]   8/25 10/18
somewhere [1]   8/15
sort [1]   5/9
speaking [1]   4/6
specific [1]   6/3
specified [1]   7/9
start [1]   8/23
states [5]   1/1 1/4 6/3 12/5 12/9
status [3]   9/3 9/6 9/7
statute [6]   6/16 6/21 7/19 8/9 8/17 8/20
stayed [1]   3/17
stenographically [1]   12/6
stip [1]   9/14
stipulation [2]   6/18 10/2
story [1]   6/4
Street [1]   1/20
stuff [1]   5/12
submit [1]   5/11
submitting [1]   7/3
Suite [3]   1/20 2/5 2/9
sure [1]   6/10
SUTHERLAND [1]   2/13

**T**
take [4]   5/4 9/11 9/12 9/14
technically [1]   7/6
tentative [4]   4/14 4/23 4/25 5/6
terms [2]   6/5 7/15
than [3]   5/22 8/1 9/8
thank [2]   5/20 10/24
that [47]
their [5]   5/19 6/20 7/1 8/16 10/3
then [5]   4/10 5/12 8/7 9/5 10/18
there [10]
these [3]   7/2 7/6 9/17
they [1]   6/4
THIBODEAUX [2]   1/19 12/12
thing [1]   8/19
think [3]   4/17 8/20 10/9
this [14]
those [3]   4/19 7/17 8/5
thoughts [1]   5/19
three [2]   3/16 4/13
through [1]   5/23
time [3]   6/24 8/23 10/11
Title [1]   12/4
today [3]   7/3 9/22 9/25
together [1]   6/17
tolled [1]   8/21
tolling [2]   10/2 10/4
tomorrow [2]   9/24 9/25
too [1]   9/11
transcript [3]   1/13 12/6 12/7
true [1]   12/5
try [2]   5/23 9/25
type [2]   6/16 6/22

**U**
U.S [1]   1/19
under [1]   6/10
understand [1]   8/7
UNITED [4]   1/1 1/4 12/5 12/9
us [2]   3/21 5/21
USA [1]   1/9

**V**
versus [4]   3/7 3/7 3/8 3/9

**W**
waive [1]   8/1
waiver [4]   7/19 8/8 8/9 8/10
want [5]   9/4 9/6 9/7 9/10 9/13
wanted [1]   6/13
was [2]   4/18 6/13
wasn't [1]   10/11
way [1]   7/11
we [23]
well [2]   5/19 7/11
were [1]   10/12
West [1]   1/20
WESTERN [1]   1/2
what [13]
where [2]   4/19 6/13
wherein [1]   6/19
which [4]   6/18 8/3 8/4 10/16
while [1]   6/25
who [2]   5/8 8/16
will [17]
words [4]   3/22 8/8 8/9 8/23
work [1]   6/25
working [1]   6/7
worry [1]   10/17
would [8]
wouldn't [2]   7/17 10/3
writing [1]   9/7
WU [1]   1/3

**Y**
YASIN [2]   2/8 3/13
Yes [5]   3/21 5/17 9/21 9/23 10/5
York [1]   2/16

**you [13]**
**your [16]**

**Z**
ZDROJESKI [2]   2/13 4/4